UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul S. Gardephe*

Paul G. Gardephe, U.S.D.J.
Dated: September 18, 2025

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1]<br><br>  Debtor. | Chapter 11<br><br>Case No. 20-12345-MG |
| CLAIMANT 2020-2071706,<br><br>  Appellant,<br><br>v.<br><br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>  Appellee. | Case No. 1:23-cv-3251-PGG |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF MELANIE K. CHAN**

Pursuant to Local Civ. Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Melanie K. Chan applies for leave to withdraw as counsel for Appellee The Roman Catholic Diocese of Rockville Centre, New York (the "Debtor"). Withdrawal is necessary because Ms. Chan will no longer work for Jones Day after September 19, 2025. In connection with the withdrawal, the clerk is requested to remove the undersigned from the CM/ECF service list.

---

[1] The Debtor in the chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023.

Jones Day will continue to serve as counsel for the Debtor. Ms. Chan's withdrawal will not occasion a request for an extension of any deadlines in this case. Ms. Chan does not assert a retaining or charging lien in connection with her departure.

| | |
|---|---|
| Dated: September 17, 2025 | Respectfully submitted, |
| | */s/ Melanie K. Chan* |
| | Melanie K. Chan |
| | JONES DAY |
| | 250 Vesey Street, 34th Floor |
| | New York, NY 10281 |
| | Telephone: 212.326.3654 |
| | Facsimile: 212.755.7306 |
| | melaniechan@jonesday.com |
| | |
| | *Counsel for Appellee* |
| | *The Roman Catholic Diocese of Rockville Centre, New York* |

## CERTIFICATE OF SERVICE

    I, Melanie K. Chan, certify that on September 17, 2025, I caused the foregoing MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF MELANIE K. CHAN to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

Dated: September 17, 2025

                                                      */s/ Melanie K. Chan*
                                                       Melanie K. Chan